# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Billy Gene Ledwell

        Plaintiff(s),           JUDGMENT IN A CIVIL CASE

vs.           3:06cv263-MU

George Kenworthy

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/28/06 Order.

June 29, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk